1  Jim Mackie, SBN 013314
   F. David Harlow, SBN 027547
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C., SBN 00504800
3  3430 E. Sunrise Drive, Suite 220
   Tucson, AZ  85718
4  Telephone:  520.544.0300
   Fax:  520.544.9675
5
6  jim.mackie@ogletreedeakins.com
   david.harlow@ogletreedeakins.com
7
   Attorneys for Defendant
8
9
10                UNITED STATES DISTRICT COURT
11                    DISTRICT OF ARIZONA

12  DIXIE A. ANDERSON,                  No.  CV

13           Plaintiff,
                                        NOTICE OF REMOVAL EXHIBITS
14      v.

15  METROPOLITAN LIFE INSURANCE
    COMPANY, a New York corporation, &
16  JOHN DOE & JANE DOES 1 through 10,
    inclusive; ABC CORPORATIONS 1
17  through 10, inclusive, and XYZ
    PARTNERSHIPS 1 through 10, inclusive,
18
19           Defendant.
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

ARIZONA SUPERIOR COURT, PIMA COUNTY

| Plaintiff<br>DIXIE A. ANDERSON | No. **C 20131658** | STATE OF ARIZONA<br>DEPT. OF INSURANCE |
| --- | --- | --- |
| Defendant<br>METROPOLITAN LIFE INSURANCE<br>CO., a New York corporation, et al | **SUMMONS**<br><br>JAMES MARNER | APR 0 5 2013<br>TIME 2:35 pm<br>SERVICE OF PROCESS |

**THE STATE OF ARIZONA** to the above named Defendants **Metropolitan Life Insurance Co.**
**ABC Corporations 1-10**
**XYZ Partnerships 1-10**
**JOHN DOES 1-10**
**JANE DOES 1-10**

I  A lawsuit has been filed against you.

II  If you do not want a Judgment taken against you for the relief demanded in the accompanying Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 111 West Congress, Tucson, Arizona, accompanied by the necessary filing fee. A copy of the Response must also be mailed to the plaintiff/attorney whose name appears below.

III  The Response must be filed within **TWENTY DAYS**, exclusive of the date of service, if served within the State of Arizona, or within **THIRTY DAYS** exclusive of the date of service, if served outside the State of Arizona.

IV  This is a legal document. If you do not understand its consequences, you should seek the advice of an attorney.

WITNESS My Hand and the Seal of the Superior Court.

DATED: March 25th, 2013.

PATRICIA A. NOLAND
CLERK OF THE SUPERIOR COURT

By _James Orr_
Deputy Clerk

(SUPERIOR COURT SEAL)

Attorney's Name, Address & Phone

Scott M. Baker
4562 N. First Avenue, Suite 100
Tucson, AZ  85718
(520) 629-0900

Computer No. 2392

"REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST THREE WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING."

SMBsh
Scott MacMillan Baker
Attorney at Law
LAW OFFICES OF SCOTT MacMILLAN BAKER, P.C.
4562 N. First Avenue, Suite 100
Tucson AZ 85718
(520) 629-0900
Facsimile (520) 293-3070
Pima County Computer No. 2392
bakerlawpc@qwestoffice.net
Attorney for Plaintiff

FILED
PATRICIA A. NOLAND
13 MAR 25 PM 3: 23
BY: J. ORR, DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| DIXIE A. ANDERSON,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, & JOHN DOE & JANE DOES 1 through 10, inclusive; ABC CORPORATIONS 1 through 10, inclusive, and XYZ PARTNERSHIPS 1 through 10, inclusive,<br><br>   Defendants. | NO. C 20131658<br><br>C O M P L A I N T<br><br>(Request for Declaratory Relief/Injunctive Relief)<br><br>JAMES MARNER |

COMES NOW the Plaintiff, DIXIE A. ANDERSON, by and through her undersigned attorney, SCOTT MacMILLAN BAKER, and hereby complains and alleges as follows:

1. That the Plaintiff at all times relevant hereto was a resident of Pima County, Arizona, and that the cause of action herein occurred in Pima County, Arizona. That the Defendant, METROPOLITAN LIFE INSURANCE COMPANY, hereinafter referred to as "METLIFE" at all times relevant hereto was a New York corporation licensed and doing business in Pima County, Arizona;

2. Defendants, JOHN DOES & JANE DOES 1 through 10, ABC CORPORATIONS 1 through 10 and XYZ PARTNERSHIPS 1 through 10, inclusive, are fictitiously named herein for Defendants and for employees/agents of Defendants, which Defendants may later be joined herein at such time as their correct identities become known.

3. That on or about the 2nd day of February, 2012, the Plaintiff's spouse, ROY ANDERSON, was enrolled in METLIFE's Continued Protection Insurance coverage under Group Identification No. 123470 which had life insurance benefits of $222,000.00;

3. That on or about the 16th day of March, 2012, the Plaintiff's spouse, ROY ANDERSON, was notified that he was eligible for additional coverage under Group Identification No. 123470 which had life insurance benefits of $111,000.00;

4. That the Plaintiff's husband, ROY ANDERSON, paid the premiums that he was required to pay for this additional coverage;

5. That on or about the 20th day of June, 2012, the Plaintiff's husband died of natural causes.

6. That the Plaintiff made a claim with METLIFE for the life insurance benefits referenced above; and on or about August 3, 2012, METLIFE paid the insurance proceeds of $222,000.00 under the Continued Protection Insurance coverage;

7. That the Plaintiff has made repeated demand upon METLIFE for the payment of the benefits under the additional coverage referenced above, but METLIFE has refused and/or neglected to pay said life insurance proceeds to the Plaintiff;

### REQUEST FOR DECLARATORY RELIEF/ INJUNCTIVE RELIEF

8. That Defendant METLIFE on or about October 23, 2012, four months after the death of Plaintiff's husband, sent a letter to Plaintiff notifying her that her husband had been enrolled in the coverage in error and also indicated that a refund was requested for any payment he has made under the portable plan;

9. The Defendant METLIFE, on or about November 1, 2012, (four and a half

2

1 | months after the death of Plaintiff's husband) issued a refund payment of $209.90 for the premium that was paid by the Plaintiff's husband on or about June 5, 2012 and marking on said check "cancelled overpayment";

10. The Defendant METLIFE has failed to produce any documentation that would indicate that this policy had been cancelled prior to the Plaintiff's husband's death on June 20, 2012 or any reasonable basis for the denial of benefits.

11. That the Defendant METLIFE issued a contract of insurance that covered the life of the Plaintiff's deceased husband, ROY ANDERSON.

12. That the Defendant METLIFE has refused to honor its contract of insurance.

13. That the Defendant METLIFE is obligated to pay the sum of $111,000.00 pursuant to the contract of insurance known as Group Identification No. 123470.

14. That the claims contained herein arise out of a contract; and if any party should contest this matter, attorney's fees would be appropriate under A.R.S. §12-341.01.

15. That the claim for life insurance proceeds was liquidated upon ROY ANDERSON's death and METLIFE is obligated to pay interest at the legal rate from said date.

WHEREFORE, Plaintiff prays for relief from this Court as follows:

(1) For a declaration from this Court stating that the METLIFE policy was in full force and effect and that death benefits of $111,000.00 are owing to the Plaintiff;

(2) For the Plaintiff's costs incurred herein;

(3) That if any of Defendants contest this matter, for an award of attorney's fees as the Court deems appropriate.

(4) For such other and further relief as this honorable Court and a jury may deem just and proper.

LAW OFFICES OF SCOTT MacMILLAN BAKER, P.C.
Attorney for Plaintiff

By_____
Scott M. Baker

3

```
1 | STATE OF ARIZONA    )
  |                     ) ss.
2 | COUNTY OF PIMA      )
```

SCOTT MacMILLAN BAKER, having been first duly sworn upon his oath, deposes and says:

That he is the attorney for the Plaintiff in the above-entitled matter; that he has read the foregoing Complaint and knows the contents thereof; that the facts alleged therein are true to the best of his knowledge as based upon information supplied to him by the Plaintiff.

_____
Scott M. Baker

SUBSCRIBED AND SWORN TO before me, a Notary Public, on the 25th day of March, 2013 by Scott MacMillan Baker.

_____
Notary Public

My Commission Expires: __July 5, 2016__

[Notary Seal: SANDRA K. HOLM, Notary Public - Arizona, Pima County, My Comm. Expires Jul 5, 2016]

4

# EXHIBIT 2

 **CT Corporation**

**Service of Process Transmittal**
04/09/2013
CT Log Number 522492918

**TO:** Kaiper Wilson
Metropolitan Life Insurance Company
1095 Avenue of the Americas
New York, NY 10036-6796

**RE:** Process Served in Arizona

**FOR:** Metropolitan Life Insurance Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Dixie A. Anderson, Pltf. vs. Metropolitan Life Insurance Company, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate |
| **COURT/AGENCY:** | Pima County - Superior Court, AZ<br>Case # C20131658 |
| **NATURE OF ACTION:** | Insurance Litigation - Life Insurance Benefits - Seeking $111,000.00 in policy benefits - Request for Declaratory Relief/Injunctive Relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/09/2013 postmarked: "Illegible" |
| **JURISDICTION SERVED:** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Scott M. Baker<br>4562 N. First Avenue<br>Suite 100<br>Tucson, AZ 85718<br>520-629-0900 |
| **REMARKS:** | Please note process was received by Dept of Insurance on 04/05/2013 and forwarded to CT |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/10/2013, Expected Purge Date: 04/15/2013<br>Image SOP<br>Email Notification, CTServiceof Process ctserviceofprocess@metlife.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>Issis Gonzalez<br>2390 E. Camelback Road<br>Phoenix, AZ 85016<br>602-602-381-9104 |

Page 1 of 1 / JM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT 3

```
SMBsh
Scott MacMillan Baker
Attorney at Law
LAW OFFICES OF SCOTT MacMILLAN BAKER, P.C.
4562 N. First Avenue, Suite 100
Tucson AZ 85718
(520) 629-0900
Facsimile (520) 293-3070
bakerlawpc@qwestoffice.net
Pima County Computer No. 2392

Attorney for Plaintiff
```

**COPY**
MAR 25 2013
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| DIXIE A. ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, & JOHN DOE & JANE DOES 1 through 10, inclusive; ABC CORPORATIONS 1 through 10, inclusive, and XYZ PARTNERSHIPS 1 through 10, inclusive,<br><br>    Defendants. | NO. C 20131658<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION**<br><br>JAMES MARNER |

STATE OF ARIZONA  )
                 ) ss.
COUNTY OF PIMA   )

The undersigned certifies as follows:

1. That the largest award sought by the complainant, including punitive damages, but excluding interest, attorney's fees, and cost exceed the limits set by the Local Rule for compulsory arbitration.

2. The undersigned further certifies that no party seeks affirmative relief other than a money judgment;

3. This case is not subject to the Uniform Rules of Procedure for Arbitration.

/s/ Scott M. Baker
Scott M. Baker

SWORN AND SUBSCRIBED to before me this 25th day of March, 2013 by Scott M. Baker.

/s/ Sandra K. Holm
Notary Public

My Commission Expires: July 5, 2016

2



ARIZONA DEPARTMENT OF INSURANCE
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269

7012 3050 0002 2912 1982

METROPOLITAN LIFE INS CO
CT CORPORATION
2390 EAST CAMELBACK RD
PHOENIX AZ 85016
C20131658