IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dixie Anderson, ) | No. 13-CV-330-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Metropolitan Life Insurance Co., ) | |
| Defendant. ) | |

Per the parties' request, and there being good cause,

**IT IS ORDERED vacating** the August 5, 2013 scheduling conference. The telephonic scheduling conference is hereby rescheduled for **Tuesday, September 3, 2013 at 2:00pm**. The parties shall file a joint report as indicated in the original scheduling order (Doc. 6) **on or before August 29, 2013**.

DATED this 1st day of August, 2013.

Raner C. Collins
United States District Judge