Jim Mackie, SBN 013314
F. David Harlow, SBN 027547
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ  85718
Telephone:  520.544.0300
Fax:  520.544.9675

jim.mackie@ogletreedeakins.com
david.harlow@ogletreedeakins.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DIXIE A. ANDERSON,<br><br>             Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, & JOHN DOE & JANE DOES 1 through 10, inclusive; ABC CORPORATIONS 1 through 10, inclusive, and XYZ PARTNERSHIPS 1 through 10, inclusive ,<br><br>             Defendant. | No.  4:13-cv-00330-RCC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Dixie A. Anderson, and Defendant, Metropolitan Life Insurance Company, by and through their undersigned attorneys, hereby stipulate that the above-captioned action may be dismissed with prejudice, each party to bear its own costs and attorney's fees incurred therein.

/ / /

/ / /

DATED this 29th day of August, 2013.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   s/Jim Mackie
     Jim Mackie, SBN 013314
     F. David Harlow, SBN 027547
     3430 E. Sunrise Drive, Suite 220
     Tucson, AZ 85718
     Attorneys for Defendant

LAW OFFICES OF SCOTT MACMILLAN BAKER, PC

By: __s/Scott MacMillan Baker w/permission
     Scott MacMillan Baker
     4562 N. First Avenue, Suite 100
     Tucson, AZ 85718
     Attorneys for Plaintiff

15763704.1

2