IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dixie A. Anderson,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br><br>    Defendant. | No. CV-13-330-TUC-RCC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

  Pursuant to the foregoing Stipulation for Dismissal with Prejudice

  IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred therein.

  DATED this 30th day of August, 2013.

_____
Raner C. Collins
United States District Judge